

FILED
APR 0 9 2019
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-27-M-JCL |
| United States Postal Service parcel addressed to Nicodemus Kupka, 2670 Colusa St., butte, MT 59701 (Second Parcel) | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1